David V. Balakian, SBN 166749
2014 Tulare Street, Suite 210
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004

Attorney for Defendant, **JAMES YORK**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. 1: 07-CR-00320 AWI** |
| ) | |
| Plaintiff, ) | **ORDER DIRECTING** |
| ) | **PROBATION TO RELEASE PRESENTENCE** |
| vs. ) | **INVESTIGATION REPORT TO** |
| ) | **ATTORNEY OF RECORD** |
| JAMES YORK, ) | |
| Defendant. ) | |

   I am respectfully requesting the court allow probation to provide me a copy of the original Presentence Investigation Report. I was informed by probation I would need a court order because the matter is closed. Probation stated they would provide a copy with a court order.

   Judgement was imposed in this matter on September 24, 2008.

   I was recently contacted by the defendant for a copy. I was co-counsel in this matter with Mr. Ernest Kinney. He has since

deceased and I do not have a copy of the file. I cannot locate anyone other than probation for a copy.

-ORDER-

IT IS HEREBY ORDERED that probation is allowed to provide a copy of the original Presentence Investigation Report in this matter to David Balakian, counsel for defendant.

IT IS SO ORDERED.

Dated: March 13, 2013

_____
SENIOR DISTRICT JUDGE